

4242 Merrick Road, Massapequa, New York 11758

Neil H. Greenberg, Esq.  
Justin M. Reilly, Esq.  
Keith E. Williams, Esq.

Paralegals  
Rosa Coscia  
Catalina Roman

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 06/24/2021

Via: ECF

June 24, 2021

Honorable Judge Katharine H. Parker  
United States Magistrate Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

**APPLICATION GRANTED**

*[signature]*

Hon. Katharine H. Parker, U.S.M.J.

06/24/2021

RE: *Dominguez, et al. v. Metropolitan Wireless Anandpur Inc., et al.*  
21-CV-2240 (PAE)(KHP)

Dear Honorable Judge Parker:

My office represents the Plaintiffs in the above-referenced FLSA action. Pursuant to Your Honor's Individual Rules, kindly accept this correspondence as Plaintiffs' request to adjourn the Initial Conference, currently scheduled for June 28, 2021, *sine die*. The reason for this request is because Defendants have not answered the complaint and have not made an appearance in this action. Accordingly, it is Plaintiffs' intention to seek a Certificate of Default from the Clerk of the Court and subsequently seek a Judgment by Default.

Thank you for your time and consideration of this matter.

Respectfully submitted,

*[signature]*

Keith E. Williams, Esq.

Phone: 516.228.5100     Fax: 516.228.5106     Info@nhglaw.com  
www.nhglaw.com     www.newyorkovertimelaw.com