UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAYLEEN DOMINGUEZ and YANEIRIS FERNANDEZ,

       Plaintiff,

-v-

METROPOLITAN WIRELESS ANANDPUR INC., METROPOLITAN WIRELESS ANANTPUR BRONX INC, individually and as successor to Metropolitan Wireless Anandpur Inc., SAB IMPEX INC, individually and as successor to Metropolitan Wireless Anandpur Inc., NAMIT SAHNI, VEERU SINGH, and TALHA MUNIR,

       Defendant.

21 Civ. 2240 (PAE) (KHP)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On March 15, 2021, plaintiffs filed the complaint. Dkt. 1. On March 16, 2021, the case was referred to Magistrate Judge Parker for general pretrial supervision. Dkt. 5. The same day, Judge Parker scheduled an initial conference. Dkt. 6.

On March 18, 2021, defendants were served with the summons and complaint. Dkts. 8–14. Defendants having not appeared, on June 24, 2021, plaintiffs moved to adjourn the initial conference, as they intended to seek a default judgment. Dkt. 16. Judge Parker granted that motion. Dkt. 17. On June 28, 2021, plaintiffs requested a Clerk's Certificate of Default for each of the six defaulting defendants, Dkts. 18–22, which issued on June 29, 2021. Dkts. 23–26.

Defendants have still not appeared. Accordingly, by August 12, 2021, plaintiffs shall submit a motion for default judgment that complies with the Court's Individual Rules and Practices, available at https://nysd.uscourts.gov/hon-paul-engelmayer.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: July 15, 2021
New York, New York