```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DOMINGUEZ ET AL,
```

                          Plaintiff,                        **INQUEST ORDER**

       -against-                                  21-CV-2240 (PAE) (KHP)

METROPOLITAN WIRELESS ANANDPUR INC. ET AL.

                        Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me to conduct an inquest on damages. (Doc. No. 34.) By **Friday, October 29, 2021,** Plaintiff is directed to serve any additional paperwork to supplement your memorandum of law and declaration in support of a motion for default judgment including an inquest memorandum, accompanied by supporting affidavits and exhibits setting forth proof of damages, including the costs of this action, Plaintiff's reasonable attorneys' fees, and proposed findings of fact and conclusions of law. All proposed findings of fact must be supported by admissible evidence introduced through affidavit. All proposed findings of law must be supported by reference to applicable law. Claims for actual or statutory damages must be specified and supported with admissible evidence. Claims for attorneys' fees and costs must be supported by detailed attorney time records and evidence of costs (such as receipts or evidence of paid invoices) introduced through an attorney declaration.

      **By no later than Friday, October 29, 2021**, Plaintiff shall serve a copy of all papers filed in connection with the damages inquest (as described in the first paragraph of this Order) on Defendant.

Defendant shall have until **Monday, November 29, 2021** to object or otherwise respond to Plaintiff's application for damages in connection with the default judgment.  Defendant must file any objections or response with the Court and serve the response and/or objections on Plaintiff's counsel.

A hearing will take place on **Wednesday, December 29, 2021 at 2 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Counsel for the parties shall be prepared to answer questions and provide testimony, as appropriate, on the damages application.

SO ORDERED.

Dated: September 29, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge