```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/06/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DOMINGUEZ ET AL,

                          Plaintiff,

      -against-

METROPOLITAN WIRELESS ANANDPUR INC. ET AL.

                         Defendant.
------------------------------------------------------------------X

**ORDER CONVERTING INQUEST HEARING TO TELEPHONIC CONFERENCE**

21-CV-2240 (PAE) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Inquest Hearing in this matter scheduled for **Thursday, January 27, 2022, at 10:00 a.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

SO ORDERED.

Dated: January 6, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge