**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

JAYLEEN DOMINGUEZ and YANEIRIS
FERNANDEZ,

                                  Plaintiff,                         **21-CV-2240 (PAE) (KHP)**

            -against-                                    **ORDER**

METROPOLITAN WIRELESS ANANDPUR
INC., METROPOLITAN WIRELESS
ANANTPUR BRONX INC, individually and a
successor to Metropolitan Wireless
Anandpur Inc., SAB IMPEX INC, individually
and as successor to Metropolitan Wireless
Anandpur Inc., NAMIT SAHNI, VEERU
SINGH, and TALHA MUNIR,

                                  Defendants.

----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      This action is scheduled for a telephonic Inquest Hearing on January 27, 2022 at 10:00

a.m.  Plaintiffs are required to file a certificate of service notifying Defendants' of the new

inquest date, given Plaintiffs request for an adjournment of the original scheduled date for the

inquest hearing, before January 27, 2022.

      **The Plaintiff is directed to serve this order on the Defendant.**

      **SO ORDERED.**

DATED:     New York, New York
            January 24, 2022

                                        _Katharine H Parker_
                                _____
                                KATHARINE H. PARKER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/24/2022

United States Magistrate Judge