**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JAYLEEN DOMINGUEZ and
YANEIRIS FERNANDEZ,

                Plaintiffs,

            -against-

METROPOLITAN WIRELESS ANANDPUR
INC., METROPOLITAN WIRELESS
ANANDPUR, BRONX INC., individually and
as successor to Metropolitan Wireless Anandpur
Inc., and SAB IMPEX INC., individually and as
successor to Metropolitan Wireless Anandpur
Inc., NAMIT SAHNI, VEERU SINGH, and
TALHA MUNIR,

                Defendants.
-----------------------------------------------------------X

21 **CIVIL** 2240 (PAE) (KHP)
**DEFAULT JUDGMENT**

It is hereby **ORDERED, ADJUDGED, AND DECREED**, that for the reasons stated in the Court's Opinion and Order dated February 11, 2022, the Court enters default judgment and awards plaintiffs overtime wages, spread of hours wages, liquidated damages, and statutory damages consistent with the chart below:

|  | Jayleen Dominguez (as against defendants MWAB, SAB, Singh, and Munir) | Yaneiris Fernandez (as against defendants MWA and Sahni) | Yaneiris Femandez (as against defendants MWAB, SAB, Singh, and Munir) |
|---|---|---|---|
| Overtime Wages | $2.686.28 | $1.868.29 | $3,339.03 |
| Spread of Hours Wages | $660.00 | $1,725.00 | $2,640.00 |
| Liquidated Damages | $3.346.28 | $3 593.29 | $5,979.03 |
| Statutory Damages - Wage Notices | $4,900.00 | $5,000.00 | $5,000.00 |
| Statutory Damages - Wage Statements | $5,000.00 | $5,000.00 | $5,000.00 |
| Total | $16,592.56 | $17,186.58 | $21,958.06 |

The Court further awards pre- and post-judgment interest. Pre-judgment interest is calculated at a rate of 9% per annum. For plaintiff Fernandez, such interest is calculated from

May 13, 2020 on a principal of $3,593.29 as against defendants MWA and Sahni, in the amount of $566.16; and from September 28, 2020 on a principal of $5,979.03 as against defendants MWAB, SAB, Singh and Munir in the amount of $738.61. For plaintiff Dominguez, such interest is calculated from November 1, 2020 on a principal of $3,346.28 as against defendants MWAB, SAB, Singh, and Munir, in the amount of $385.33.

Accordingly, Default Judgment is hereby entered as follows: in favor of Jayleen Dominguez against Defendants MWAB, SAB, Singh, and Munir in the total sum of $16,977.89; in favor of Yaneiris Fernandez as against Defendants MWA and Sahni in the total sum of $17,752.74, and in favor of Yaneiris Fernandez as against Defendants MWAB, SAB, Singh, and Munir in the total sum of $22,696.67.

The Court further awards post-judgment interest pursuant to 28 U.S.C. § 1961.

Finally, if any amounts remain unpaid upon the expiration of 90 days following issuance of judgment, or 90 days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by 15%, as required by NYLL § 198(4). *See Galicia v. 63-68 Diner Corp.,* 2015 WL 1469279, at *8 (E.D.N.Y. Mar. 30, 2015); *Elisama v. Ghzali Gourmet Deli Inc.,* 2016 WL 11523365, at *19 (S.D.N.Y. Nov. 7, 2016), *report and recommendation adopted,* 2018 WL 4908106 (S.D.N.Y. Oct. 10, 2018); This case is closed.

**DATED**: New York, New York
February 11, 2022

**RUBY J. KRAJICK**
_____
**Clerk of Court**
BY: *[signature]*
**Deputy Clerk**